## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CUBAN CIGAR BRANDS, N.V.,**<br>5900 North Andrews Avenue<br>Fort Lauderdale, Florida 33309<br><br>Plaintiff,<br><br>v.<br><br>**VALLE GRANDE LIMITADA,**<br>Balmaceda No. 1500<br>Isla de Maipo<br>Chile<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Cuban Cigar Brands, N.V., certify that to

the best of my knowledge and belief, the following are parent companies, subsidiaries or

affiliates of Cuban Cigar Brands, N.V., which have any outstanding securities in the

hands of the public. _____ Altadis U.S.A._____

_____

These representations are made in order that judges of this court may determine

the need for recusal.

Attorney of Record

D.C. Bar 206110

_____
Bar Identification Number

Frank M. Northam, Esq.
1747 Pennsylvania Avenue, N.W.
Suite 1000
Washington, D.C. 20006
(202) 785-9500